**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN SPEARS, | No.  2:25-cv-02873-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion for extension of time to file an opposition to Respondent's motion to dismiss. See ECF No. 14.

Good cause appearing therefore, Plaintiff's motion will be granted, and the Court will extend the deadline, as requested.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's motion for an extension of time, ECF No. 14, is GRANTED.

2.      Plaintiff's opposition or response to Respondent's motion to dismiss shall be filed on or before March 9, 2026;

3.      Respondent's reply to Petitioner's opposition shall be filed on or before March 23, 2026.

Dated:  February 11, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2